(Reap. Dec. 8999)

CARL FISCHER MUSICAL INST. CO., INC. *v.* UNITED STATES

Entry No. 49577, etc.

(Decided October 4, 1957)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," attached hereto and made a part hereof, relate to certain musical instruments exported from Paris, France, and entered at the port of New York.

Stipulated facts, upon which the cases have been submitted, establish that the proper basis for appraisement of the musical instruments, represented by the invoice items marked "A," and checked "RDE," is cost of production, as defined in section 402 (f) of the Tariff Act of 1930, and that such statutory value for the merchandise, as hereinabove identified, is the invoice values, and I so hold.

Judgment will be rendered accordingly.